**UNITED STATES of America, Plaintiff-Appellant,**

v.

**Fred Angelo PATACCHIA, Juliette V. Coloma, Defendants-Appellees.**

**No. 79–1011.**

United States Court of Appeals, Ninth Circuit.

Dec. 11, 1979.

Before SNEED and TANG, Circuit Judges, and PFAELZER *, District Judge.

ORDER

The panel as constituted in the above case has voted to amend the opinion heretofore filed on August 13, 1979, 602 F.2d 218, as follows.

The sentence on page 3 beginning at line 3 is changed to read:

Agent Fullen could detect no suspicious odors around the trunk, although Agent Davis testified that he could.

Page 4, line 12 is changed to read as follows:

a trunk key when he was asked to open the trunk, (7) Patacchia's sudden change in demeanor, and (8) the testimony of Agent Davis that he could smell marijuana before the trunk was opened.

* Honorable Mariana R. Pfaelzer, United States District Judge for the Central District of California, sitting by designation.

---

**Harry LEWIS, Plaintiff-Appellant,**

v.

**TRANSAMERICA CORP. et al., Defendant-Appellees.**

**No. 75–1285.**

United States Court of Appeals, Ninth Circuit.

Dec. 11, 1979.

Before BROWNING and WALLACE, Circuit Judges, and EAST,* District Judge.

On November 13, 1979, the Supreme Court of the United States issued its opinion in *Transamerica Mortgage Advisors, Inc. v. Lewis,* —— U.S. ——, 100 S.Ct. 242, 62 L.Ed.2d 146, affirming in part, reversing in part, and remanding the decision of this court, 575 F.2d 237.

IT IS HEREBY ORDERED that this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

* Honorable William G. East, Senior United States District Judge for the District of Oregon, sitting by designation.